971 So.2d 962 (2007)
Jose D. CAMPOS, Appellant,
v.
STATE of Florida, Appellee.
No. 4D07-2957.
District Court of Appeal of Florida, Fourth District.
December 31, 2007.
Jose D. Campos, Zephyrhills, pro se.
No appearance required for appellee.
PER CURIAM.
Affirmed, but again we certify conflict with Gray v. State, 910 So.2d 867 (Fla. 1st DCA), rev. denied, 920 So.2d 628 (Fla. 2005). See Yisrael v. State, 938 So.2d 546 (Fla. 4th DCA 2006), rev. granted, 956 So.2d 458 (Fla.2007); see also Heck v. State, 966 So.2d 515 (Fla. 4th DCA 2007).
GUNTHER, WARNER and FARMER, JJ., concur.